IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO. 15-4366 & 15-4379 |
| CARMEN JOHNSON | * | |

**MOTION TO STRIKE THE APPEARANCE OF ROBERT C. BONSIB, ESQUIRE**

Robert C. Bonsib, Esquire respectfully requests this Honorable Court to strike his appearance as counsel of record in the above captioned matter and as reasons therefore states as follows:

1. Undersigned counsel represented the Defendant during the post-verdict proceedings in the United States District Court for the District of Maryland. Undersigned counsel filed a timely notice of appeal in the above captioned matters.

2. After the sentencing in this matter, the Defendant advised undersigned counsel that she had retained other counsel to represent her on appeal. Michael Foley, Esquire has entered his appearance in this matter as new counsel for the Defendant and will be representing her on appeal. Striking the appearance of undersigned counsel will not interfere with the appeal of this matter.

WHEREFORE it is respectfully requested that this Honorable Court grant the relief prayed.

Respectfully submitted,

/S/
_____
ROBERT C. BONSIB, ESQ.
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
robertbonsib@marcusbonsib.com
301-441-3000
Bar No. 00324

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent, via ECF, this 5th day of August, 2015 to Assistant United States Attorneys Kristi O'Malley and Kevin DiGregory, Office of the United States Attorney, United States Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland and to Kevin Foley, Esquire Liberty Law Firm,172 West Warren Avenue, Longwood, FL 32750

/S/

_____

ROBERT C. BONSIB